Decided September 15, 1998

SALVATORE CARACOGLIA *v.* BOARD OF EDUCATION OF THE TOWN OF MIDDLETOWN

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 903 (AC 17100), is denied.

*Salvatore Caracoglia,* pro se, in support of the petition.

Decided September 15, 1998